GARY A. BORNSTEIN (Pro Hac Vice Application Pending)
YONATAN EVEN (Pro Hac Vice Application Pending)
BENJAMIN GRUENSTEIN (Pro Hac Vice Application Pending)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

DAVID A. KAYS, ESQ. (SBN 120798)
WILLIAM SIAMAS, ESQ. (SBN 133111)
FREEDA YLLANA LUGO, ESQ. (SBN 244913)
MORGAN, FRANICH, FREDKIN, SIAMAS & KAYS
333 West San Carlos Street, Suite 1050
San Jose, California 95110
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Applicant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CV 16 80006 MISC.

| | |
|---|---|
| In re Ex Parte Application of<br>QUALCOMM INCORPORATED,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC for Use in a Foreign Proceeding | Miscellaneous Action No.<br><br>DECLARATION OF BRENT BYARS IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING<br><br>**EXPEDITED CONSIDERATION REQUESTED** |

I, Brent Byars hereby declare as follows:

1. I am an attorney admitted to practice in the courts of New York and am associated with Cravath, Swaine & Moore LLP, counsel to Qualcomm Incorporated ("Qualcomm").

2. I submit this declaration in support of Qualcomm's Ex Parte Application for an

Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding.

3. The basis of the facts set forth herein are statements made by Samsung Electronics Co., Ltd. ("Samsung Electronics"), Samsung Electronics America, Inc. ("SEA") and Samsung Telecommunications America, LLC ("Samsung Telecommunications") (together, "Samsung") on Internet websites, records found in the Internet database of the California Secretary of State and the public records of this Court.

4. The Samsung entities are parts of Samsung Group, which generates over 20% of the total GDP for South Korea (as reported by the World Bank) and employs approximately 489,000 persons. Samsung Electronics, together with its subsidiaries SEA and Samsung Telecommunications, have repeatedly availed themselves of the jurisdiction of this Court in their protracted litigation against Apple captioned <u>Samsung Electronics Co., Ltd. v. Apple Inc.</u>, No. 11-02079 in the U.S. District Court for the Northern District of California, <u>Apple Inc. v. Samsung Electronics Co. Ltd.</u>, No. 11-1846 in the U.S. District Court for the Northern District of California and <u>Apple Inc. v. Samsung Electronics Co. Ltd.</u>, No. 12-630 in the U.S. District Court for the Northern District of California, as well as in other litigation in this District. The discovery sought from Samsung relates in part to positions taken in that litigation, some of which are inconsistent with positions that the Examiner's Report states Samsung took before the KFTC. In addition, SEA and Samsung Telecommunications are or have been registered and authorized to conduct business in the state of California. Furthermore, the wholly owned subsidiary of Samsung Electronics, Samsung Research America, Inc., is a California corporation which is headquartered at 665 Clyde Avenue, Mountain View, California, in this District. A true and correct copy of the records of the California Secretary of State is attached as Exhibit A.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 7, 2016

_____
M. Brent Byars