

# O'MELVENY & MYERS LLP

| | 1625 Eye Street, NW | |
|---|---|---|
| BEIJING | Washington, D.C. 20006-4001 | NEW YORK |
| BRUSSELS | | SAN FRANCISCO |
| CENTURY CITY | TELEPHONE (202) 383-5300 | SEOUL |
| HONG KONG | FACSIMILE (202) 383-5414 | SHANGHAI |
| LONDON | www.omm.com | SILICON VALLEY |
| LOS ANGELES | | SINGAPORE |
| NEWPORT BEACH | | TOKYO |

January 11, 2016

WRITER'S DIRECT DIAL
(202) 383-5106

**VIA EMAIL**

WRITER'S E-MAIL ADDRESS
isimmons@omm.com

Magistrate Judge Grewal Chambers
San Jose Courthouse
280 South 1st St.
San Jose, CA 95112

      Re: **_In re Ex Parte Application of Qualcomm, Inc. (5:16-MC-80006-PSG)_**

Dear Mr. Rivera:

    Thank you for chambers' confirmation to Benjamin Hendricks today that Local Rule 7.3 governs any response to Qualcomm, Inc.'s *Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery For Use In Foreign Proceedings and Supporting Memorandum.* (5:16-MC-80006-PSG, Doc. 1.) Local Rule 7.3, allows 14 days (plus an additional three days if the motion is not received via ECF) to file an opposition. This confirms that the Samsung entities did not receive the application via ECF. Accordingly, those entities will file their opposition to the application, including any jurisdictional defenses or objections, on or before January 24, 2016.

    Sincerely,

    Ian Simmons (pro hac forthcoming)
    of O'MELVENY & MYERS LLP

CC:  Katrina Robson (pro hac forthcoming)
      Benjamin Hendricks (pro hac forthcoming)