

## O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1625 Eye Street, NW | NEW YORK |
| BRUSSELS | Washington, D.C. 20006-4001 | SAN FRANCISCO |
| CENTURY CITY | | SEOUL |
| HONG KONG | TELEPHONE (202) 383-5300 | SHANGHAI |
| LONDON | FACSIMILE (202) 383-5414 | SILICON VALLEY |
| LOS ANGELES | www.omm.com | SINGAPORE |
| NEWPORT BEACH | | TOKYO |

January 13, 2016

WRITER'S DIRECT DIAL
(202) 383-5106

**VIA ECF**

WRITER'S E-MAIL ADDRESS
isimmons@omm.com

Magistrate Judge Grewal
San Jose Courthouse
280 South 1st St.
San Jose, CA 95112

      Re:   **_In re Ex Parte Application of Qualcomm, Inc. (5:16-MC-80006-PSG)_**

Dear Judge Grewal:

     We are in receipt of Mr. Bornstein's letter dated January 12, 2016 responding to the January 11, 2016 letter that we filed at Chamber's request.  As Mr. Bernstein correctly notes, the Court has the discretion to allow oppositions to ex parte motions brought under 28 U.S.C. § 1782.  *See, e.g., In re Ex Parte Application of Nokia Corp.*, 2013 WL 6073457 (N.D. Cal. Nov. 8, 2013) (Grewal, M.J.); *In re Ex Parte Application of Samsung Electronics Co., Ltd.*, 2013 U.S. Dist. LEXIS 10518 (N.D. Cal. Jan. 23, 2013) (Grewal, M.J.); *In re Application of O2CNI Co., Ltd.*, 2013 U.S. Dist. LEXIS 155138 (N.D. Cal. Oct. 29, 2013).

     We believe that Qualcomm, Inc.'s ex parte application fails to meet Qualcomm's prima facie burden under 28 U.S.C. § 1782, and that briefing from the target of the proposed subpoena will serve useful to the court in determining whether to accept or deny the application.

     Separate and independent from any opposition filed prior to the issuance of a subpoena, Samsung has the right under Fed. R. Civ. P. 45 to file a motion to quash a subpoena after it is served.  Mr. Bornstein does not point to any rule or case law that justifies an abridgement of the important right Federal Rule 45 provides.

O'MELVENY & MYERS LLP
January 13, 2016 - Page 2

                              Respectfully Submitted,

                              Ian Simmons (pro hac forthcoming)
                              of O'MELVENY & MYERS LLP

CC:    Katrina Robson (pro hac forthcoming)
        Benjamin Hendricks (pro hac forthcoming)