AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: EX PARTE APPLICATION OF QUALCOMM, INC. ) ) | |
| *Plaintiff* ) | Case No. 5:16-MC-80006 PSG |
| v. ) ) | |
| *Defendant* | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC

Date: 01/24/2016

/s/ Michael Tubach
*Attorney's signature*

Michael Tubach 145955
*Printed name and bar number*

Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
*Address*

mtubach@omm.com
*E-mail address*

(415) 984-8700
*Telephone number*

(415) 984-8701
*FAX number*


**American LegalNet, Inc.**
www.FormsWorkFlow.com