MICHAEL TUBACH (S.B. #145955)
mtubach@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

IAN SIMMONS (*pro hac vice* forthcoming)
isimmons@omm.com
KATRINA ROBSON (S.B. #229835)
krobson@omm.com
BENJAMIN J. HENDRICKS (S.B. #288680)
bhendricks@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Respondents*
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| In re Ex Parte Application of<br>QUALCOMM INCORPORATED,<br><br>　　　　　　　Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC for Use in a Foreign Proceeding. | Case No. 5:16-mc-800006-PSG |

**DECLARATION OF BENJAMIN J. HENDRICKS IN SUPPORT OF THE
SAMSUNG ENTITIES' OPPOSITION TO QUALCOMM'S EX PARTE APPLICATION
FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN
DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

I, Benjamin J. Hendricks state and declare as follows:

1. I am an attorney at O'Melveny & Myers LLP. I am licensed to practice law in the State of California and the District of Columbia. I am over the age of 18, am capable of making this Declaration, know all of the following facts of my own personal knowledge, and, if called and sworn as a witness, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of the Korea Fair Trade Commission's "Rules on the FTC's Committee Operation and Case Handling Procedure, etc." dated Sept. 7, 2011, as downloaded from the Korea Fair Trade Commission's English-language website on January 24, 2016.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 24th day of January 2016, in Washington, DC.

By: _____
Benjamin J. Hendricks
O'Melveny & Myers LLP