MICHAEL TUBACH (S.B. #145955)
mtubach@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

IAN SIMMONS (*pro hac vice* forthcoming)
isimmons@omm.com
KATRINA ROBSON (S.B. #229835)
krobson@omm.com
BENJAMIN J. HENDRICKS (S.B. #288680)
bhendricks@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Respondents*
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
and SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| In re Ex Parte Application of<br>QUALCOMM INCORPORATED,<br><br>                Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC for Use in a Foreign Proceeding. | Case No. 5:16-mc-800006-PSG |

**DECLARATION OF KYU-SUNG LEE IN SUPPORT OF THE
SAMSUNG ENTITIES' OPPOSITION TO QUALCOMM'S EX PARTE APPLICATION
FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN
DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

I, Kyu-Sung Lee state and declare as follows:

1. I am currently the Vice President of Global legal Affairs at Samsung Electronics Company, Ltd. I have worked at Samsung Electronics Company, Ltd. for nearly 15 years. I am over the age of 18, am capable of making this Declaration, know all of the following facts of my own personal knowledge, and, if called and sworn as a witness, could and would testify competently thereto.

2. Samsung Electronics Company, Ltd. is a multinational electronics company organized under the laws of Korea, and headquartered in Suwon, Korea.

3. Samsung Electronics America, Inc. is incorporated in the state of New York and headquartered in Ridgefield Park, New Jersey.

4. Samsung Telecommunications America, LLC was incorporated in Delaware and headquartered in Richardson, Texas. Samsung Telecommunications America, LLC no longer exists as a separate corporate entity because it was merged into Samsung Electronics America, Inc. on January 1, 2015.

5. Neither Samsung Electronics Company, Ltd., nor any of its subsidiaries, manufactures or sells Modem Chipsets in the United States.

6. Documents responsive to Request No. 1 in Qualcomm Incorporated's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, filed as Exhibit A to Qualcomm's Application, (the "Document Subpoena") are located in Korea.

7. The documents filed or served by Samsung Electronics Company, Ltd. in *Samsung Electronics Co. v. Apple*, No. 2011 GaHapp 29522, are located in Korea.

8. The documents likely to be responsive to Request No. 3 in the Document Subpoena are located in Korea.

9. The documents likely to be responsive to Request No. 4 in the Document Subpoena are located in Korea.

10. Samsung Electronics Company, Ltd. has participated in the Korean Fair Trade Commission's ("KFTC") investigation of Qualcomm Incorporated's licensing practices by providing documents to the KFTC in response to requests for information.

11. Documents responsive to Request No. 1 in the Document Subpoena include trade secrets and other highly confidential and competitively sensitive information that Samsung Electronics Company, Ltd. produced to the KFTC with an expectation under Korea law and policy that they would be kept confidential and not produced to Qualcomm or any other third party except in conformance with Korean law.

12. Documents responsive to Request No. 2 were filed under seal or produced with a Confidential or Highly Confidential designation under the governing protective orders because they contain highly confidential and competitively sensitive information, including (i) information about Samsung's products, patents, business practices, and customers, and/or (ii) third-party information that was designated as Confidential or Highly Confidential by those third-parties under the governing protective orders.

13. Documents potentially responsive to Request Nos. 3 and 4 include highly confidential and competitively sensitive information concerning Samsung's products, patents, business practices, and customers. Searching for and producing these materials would be time consuming and impose high costs on the Samsung Entities. These documents are not centrally maintained and producing them would require outside counsel to collect and review electronically-stored information ("ESI") for an 11-year period, to the extent such information is available.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 21 day of January 2016, in Suwon, Korea.

By: _____
Kyu-Sung Lee
Vice President
Global Legal Affairs
Samsung Electronics Co., Ltd.