AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: EX PARTE APPLICATION OF QUALCOMM, INC. | ) ) | |
| *Plaintiff* | ) | Case No. 5:16-MC-80006 PSG |
| v. | ) ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC

Date: 01/24/2016

/s/ Katrina Robson
*Attorney's signature*

Katrina Robson 229835
*Printed name and bar number*

1625 Eye St., N.W.
Washington, D.C. 20006
*Address*

krobson@omm.com
*E-mail address*

(202) 220-5052
*Telephone number*

(202) 383-5414
*FAX number*


**American LegalNet, Inc.**
www.FormsWorkFlow.com