```
1  MICHAEL TUBACH (S.B. #145955)
   mtubach@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, California 94111-3823
   Telephone:  (415) 984-8700
4  Facsimile:  (415) 984-8701

5
   IAN SIMMONS (pro hac vice forthcoming)
6  isimmons@omm.com
   KATRINA ROBSON (S.B. #229835)
7  krobson@omm.com
   BENJAMIN J. HENDRICKS (S.B. #288680)
8  bhendricks@omm.com
   O'MELVENY & MYERS LLP
9  1625 Eye Street, NW
   Washington, DC  20006
10 Telephone:  (202) 383-5300
   Facsimile:  (202) 383-5414
11

12 Attorneys for Respondents
   SAMSUNG ELECTRONICS CO., LTD.,
13 SAMSUNG ELECTRONICS AMERICA, INC.,
   and SAMSUNG TELECOMMUNICATIONS
14 AMERICA, LLC
```

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re Ex Parte Application of<br>QUALCOMM INCORPORATED,<br><br>　　　　　　　Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC for Use in a Foreign Proceeding. | Case No. 5:16-mc-800006-PSG<br><br>Judge: Hon. Paul S. Grewal |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

1  Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than
2  the named parties, there is no such interest to report.

Dated: February 2, 2016

By: /s/ Benjamin J. Hendricks

Benjamin J. Hendricks (S.B. #288680)
bhendricks@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414

MICHAEL TUBACH (S.B. #145955)
mtubach@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701
IAN SIMMONS (*pro hac vice* forthcoming)
isimmons@omm.com
KATRINA ROBSON (S.B. #229835)
krobson@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414